IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JMCP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-CV-929-FB |
| | § | |
| BANKERS INSURANCE COMPANY | § | |
| and FRED ESTRADA, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Defendants Bankers Insurance Company and Fred Estrada file this Notice of Settlement to inform the Court that the Parties reached a settlement on all matters between the Parties on December 12, 2017. The Parties are working together to complete final release and dismissal documents,[1] and it is anticipated that the dismissal documents will be filed with the Court within thirty (30) days.

Respectfully submitted,

/s/ R. Tate Gorman
R. Tate Gorman
State Bar No. 24032360
tgorman@thompsoncoe.com
Matthew J. Kolodoski
State Bar No. 24081963
mkolodoski@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
**COUNSEL FOR DEFENDANTS**

---

[1] Defendant submitted a draft release and dismissal documents to Plaintiff's counsel on December 22, 2017.

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 13th day of March, 2018, a true and correct copy of the foregoing was delivered to the following counsel in accordance with the Texas Rules of Civil Procedure:

Chad T. Wilson
Patrick McGinnis
Chad T. Wilson Law Firm PLLC
455 East Medical Center Blvd, Suite 555
Webster, Texas 77598
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

                                      /s/ R. Tate Gorman
                                      R. Tate Gorman