# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JMCP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-CV-929-FB |
| | § | |
| BANKERS INSURANCE COMPANY | § | |
| and FRED ESTRADA, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff JMCP LLC and Defendants Bankers Insurance Company and Fred Estrada hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to the Federal Rules of Civil Procedure. Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 20th day of April, 2018.

Respectfully submitted,

/s/ *Patrick McGinnis*\*
Chad T. Wilson
State Bar No. 24079587
Patrick McGinnis
State Bar No. 13631900

CHAD T. WILSON LAW FIRM PLLC
455 E. Medical Center Blvd., Ste. 555
Webster, TX  77598
Fax:  (281) 940-2137
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

**COUNSEL FOR PLAINTIFF**
\*signed with permission

and

/s/ R. Tate Gorman
R. Tate Gorman
State Bar No. 24032360
tgorman@thompsoncoe.com
Matthew J. Kolodoski
State Bar No. 24081963
mkolodoski@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200
(214) 871-8209 Fax

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of April, 2018, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Chad T. Wilson
Patrick McGinnis
CHAD T. WILSON LAW FIRM PLLC
455 E. Medical Center Blvd., Ste. 555
Webster, TX  77598
Fax:  (281) 940-2137
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com
*Counsel for Plaintiffs*

/s/ *R. Tate Gorman*
R. Tate Gorman