IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JMCP LLC, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. SA-17-CA-929-FB |
| BANKERS INSURANCE COMPANY and FRED ESTRADA, | § |
| Defendants. | § |

### ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by the parties on April 20, 2018 (docket #8), advising the parties stipulate to the voluntary dismissal of this case with prejudice with each party to bear its own costs, if any.

Therefore, pursuant to the Joint Stipulation of Dismissal with Prejudice (docket #8), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims against the defendants Bankers Insurance Company and Fred Estrada are DISMISSED WITH PREJUDICE with costs, if any, to be borne by the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 23rd day of April, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE